# United States District Court

| CENTRAL | DISTRICT OF | ILLINOIS |

FILED
MAY - 1 2012
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

V.

ANN MARIE PIPER
PEORIA, ILLINOIS

**CRIMINAL COMPLAINT**

CASE NUMBER: 12-mj- 6025

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 2007** in **Peoria** County, in the Central District of Illinois, defendant(s) did, (Track Statutory Language of Offense)

Please see the attached charging language.

in violation of **18 U.S.C.** United States Code, Section(s) **2251(a)**

I further state that I am a(n) **Special Agent of Homeland Security Investigations** and that this complaint is based on the following facts:

Please see the attached affidavit.

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

s/ Eric Bowers

Eric V. Bowers
Name of Complainant                    Signature of Complainant

Sworn to before me and subscribed in my presence,

May 1, 2012                            at    Peoria, Illinois
Date                                         City and State

                                             s/ John A. Gorman

JOHN A. GORMAN
United States Magistrate Judge
Name & Title of Judicial Officer             Signature of Judicial Officer

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 12-mj-_____ |
| ) | |
| ANN MARIE PIPER, ) | |
| ) | |
| Defendant. ) | |

**CHARGING LANGUAGE FOR CRIMINAL COMPLAINT**

In or about May 2007, in the Central District of Illinois, the defendant,

**ANN MARIE PIPER,**

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct and for the purpose of transmitting live visual depictions of such conduct, (i) knowing and having reason to know that such visual depictions would be transported and transmitted using a means and facility of interstate commerce, (ii) knowing and having reason to know that such visual depictions would be transported in interstate commerce, (iii) where such visual depictions were actually transported and transmitted using a means and facility of interstate commerce, and (iv) where such visual depictions were actually transported and transmitted in interstate commerce,

All in violation of Title 18, United States Code, Section 2251(a).

Continuation of Criminal Complaint, Charging Language, Page 1

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Eric V. Bowers, being duly sworn on oath, depose and state as follows:

1.  I am a Special Agent with the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI"), assigned to the Resident Agent in Charge in Springfield, Illinois. I have been so employed since December 2006. As part of my daily duties as an HSI Special Agent, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining the illegal production, distribution, receipt and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252, and 2252A. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of visual depictions of minors engaging in sexually explicit conduct and child pornography, as those terms are defined in 18 U.S.C. §§ 2256(2) and 2256(8), in multiple forms of media, including computer media.

2.  This affidavit is made in support of a request for arrest warrant and a criminal complaint charging ANN MARIE PIPER, DOB: 12/25/1964, Peoria, Illinois, with the sexual exploitation of a child, in violation of 18 U.S.C. § 2251(a). Because I am making this affidavit to establish probable cause for the criminal complaint and arrest warrant, I have not included in this affidavit each and every fact known to me about this investigation.

1

3. In February 2011, HSI agents executed a search warrant at a suspect's residence in the State of Oregon. Agents thereafter conducted a forensic examination of the storage media seized from the residence and located suspected child pornography files. On or about October 4, 2011, the HSI agents submitted the seized images to the National Center for Missing and Exploited Children ("NCMEC") so that NCMEC could identify the child victims in the images. During a review of the images, NCMEC identified approximately thirty-six (36) images of suspected child sexual exploitation involving a previously unidentified, prepubescent minor ("MINOR VICTIM") and an adult female.

4. The images of MINOR VICTIM and the adult female include, but are not limited to, the following visual depictions:

    a. the adult female performing oral sex on MINOR VICTIM;

    b. MINOR VICTIM digitally manipulating the adult female's labia and kissing the adult female's pubic area;

    c. an adult hand digitally manipulating MINOR VICTIM's genitalia; and

    d. MINOR VICTIM naked from the waist down, lying on a bed and holding his/her underwear in his/her hand.

5. By April 30, 2012, law enforcement had developed probable cause that (i) the person referred to herein as MINOR VICTIM is the previously unidentified minor; (ii) the adult female in the visual depictions in which an adult female is shown is the

2

defendant, ANN MARIE PIPER; and (iii) the visual depictions of MINOR VICTIM engaging in sexually explicit conduct were produced in or about May 2007 at a certain location in Peoria County, Illinois ("subject premises").

6. On April 30, 2012, the Hon. John A. Gorman, United States Magistrate Judge, issued a search warrant to search the subject premises. HSI agents and officers executed the warrant that same day.

7. The defendant was present at the subject premises when the agents arrived to execute the search warrant. During the execution of the search warrant, the defendant was taken to the Peoria County Sheriff's Department for an interview. Prior to the interview, the defendant was informed of her *Miranda* rights and waived those rights in writing.

8. During the interview, I showed the defendant various visual depictions of MINOR VICTIM engaging in sexually explicit conduct. The defendant stated that she produced the images at the subject premises and believed she did so in May 2007. I note that several of the visual depictions had time/date stamps at the bottom indicating they were produced in May 2007.

9. According to the defendant, it appeared to her that some of the depictions of MINOR VICTIM engaging in sexually explicit conduct were produced by web camera. The defendant stated that she had used a web camera to transmit live images of MINOR VICTIM over the Internet to an adult male that the defendant believed was living in the State of New York at the time. The defendant further stated that she

3

produced other visual depictions of MINOR VICTIM engaging in sexually explicit conduct, *e.g.*, visual depictions of MINOR VICTIM exposing his/her genitalia, with a digital camera and had emailed those images to the same person to whom she had transmitted the web camera depictions of MINOR VICTIM engaging in sexually explicit conduct.

10. MINOR VICTIM's identity is known to me, and I have reviewed one or more records that set forth his/her date of birth. At all times relevant to this affidavit, MINOR VICTIM was under the age of 18.

11. Based on the foregoing, I respectfully request that this Court issue a criminal complaint and arrest warrant charging ANN MARIE PIPER, DOB: 12/25/1964, with sexual exploitation of a child, in violation of 18 U.S.C. § 2251(a).

THERE ARE NO FURTHER STATEMENTS.

s/ Eric Bowers

_____
Eric V. Bowers
Special Agent
Department of Homeland Security
Homeland Security Investigations

Sworn and subscribed to before me this
1st Day of May, 2012, in Peoria, Illinois

s/ John A. Gorman

_____
John A. Gorman
United States Magistrate Judge

4