IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 12-10055 |
| | ) | |
| ANNMARIE PIPER, | ) | |
| Defendant. | ) | |

**ORDER FOR PRESENTENCE STUDY PURSUANT TO 18 U.S.C. §3552(b)**

THE COURT FINDS that the Court needs more information that is otherwise available to it as a basis for determining the sentence to be imposed on the Defendant and that a further study of the Defendant would assist the Court in determining the appropriate sentence for the Defendant;

THE COURT FURTHER FINDS that there is a compelling reason for the study to be done by the Bureau of Prisons;

THEREFORE, THE COURT ORDERS, pursuant to 18 U.S.C. §3552(b), that the Defendant be committed to the custody of the Attorney General and transferred to a suitable facility within the Bureau of Prisons for a period not to exceed 60 days for the purpose of the Bureau of Prisons conducting a study of the Defendant to determine whether she suffers from any mental illness.

IT IS FURTHER ORDERED that the Bureau of Prisons may include in its study of the Defendant any other matters that it believes pertinent to the above-mentioned matter specified by the Court and pertinent to the sentencing factors as set forth in 18

U.S.C. §3553(a).

IT IS FURTHER ORDERED that the Bureau of Prisons prepare a report documenting its study of the Defendant as set forth in 18 U.S.C. §3552(b) and shall provide copies of the report to the Court, to counsel for the Government and to counsel for the Defendant.

Entered: _____          _____
                                         Hon. James E. Shadid
                                         United States District Court Judge