

Letter on behalf of AnnMarie Piper. Please let me know, if this is apropriate or not . Thank you!

Melody Castiglia
to:
Robert Alvarado
11/10/2012 02:52 PM
Hide Details
From: "Melody Castiglia"
To: "Robert Alvarado" <Robert_Alvarado@fd.org>,
History: This message has been replied to.

I am AnnMarie Piper's stepmother. I have known AnnMarie since she was 4 yrs. old. Her father and I were married, when she was 5 1/2. Her early years with us and her half brothers were the normal family life. She did very well in school all through high school. She went to college in 1983, when she was almost 19yrs. old, came home on the normal breaks. We also went to see her during her college years in West Virginia. She moved to Illinois in 1986, or so. She met her husband and they were married in 1991. Her father and I would go visit in Illinois or they would come to Pennsylvania to visit us. Her husband was a long distance truck driver for the last 12yrs. or so, which left her alone a lot to raise the children. I do believe that over the past 5 yrs or more, this pressure to raise the children, run the household all on her own and the loneliness of companionship led her to depression. I can not explain or condone the actions that she took, in regards to why she thought it was OK to involve her daughter (my granddaughter) in such a serious act. I do know, that she has always been an excellent mother to her children and would never due anything to purposely harm them. I believe she was drawn into the web of a person, who used her over the internet and would do what they wanted for whoever showed her some attention due to her loneliness.  Our whole family is confused and surprised by her actions. Only she can explain her actions. I would hope that you take into consideration the needs of her husband and children, when you make your final decision on her sentencing and be as lenient, as possible. Sincerely, Melody Castiglia